Meryl Macklin (State Bar No.: 115053)
Daniel T. Rockey (State Bar No.: 178064)
Thomas P. Kinzinger (State Bar No.: 323889)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:   meryl.macklin@bclplaw.com
           daniel.rockey@bclplaw.com
           thomas.kinzinger@bclplaw.com

Attorneys for Defendant
SELECTQUOTE INSURANCE SERVICES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>SELECTQUOTE INSURANCE SERVICES,<br><br>             Defendant. | Case No. 3:19-cv-04902-LB<br><br>**NOTICE OF MEET AND CONFER AND PROPOSED SETTLEMENT JUDGE PURSUANT TO JANUARY 16, 2020 MINUTE ORDER** |

Pursuant to the Court's January 16, 2020 Minute Order, counsel for the parties met and conferred at the office of Defendant's counsel on January 22, 2020.  Counsel for the parties discussed potential settlement judges and agreed upon the following, in order of preference:

(1) Magistrate Judge Jacqueline Scott Corley

(2) Magistrate Judge Sallie Kim

(3) Magistrate Judge Thomas S. Hixson

                                      Respectfully submitted,

1

601508056.1

| | | |
|---|---|---|
| Dated: | January 23, 2020 | BRYAN CAVE LEIGHTON PAISNER LLP |

By: */s/ Daniel Rockey*
Daniel T. Rockey
Attorneys for Defendant

| | | |
|---|---|---|
| Dated: | January 23, 2020 | By: */s/ Jon Fougner* |

Jon Fougner
Attorneys for Plaintiffs

Jon B. Fougner (State Bar No. 314097)
600 California Street, 11th Floor
San Francisco, California 94108
Telephone:   (415) 577-5829
Facsimile:    (206) 338-0783
E-Mail:        jon@fougnerlaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070