UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK,<br><br>             Plaintiff,<br><br>     v.<br><br>SELECTQUOTE INSURANCE SERVICES,<br><br>             Defendant. | Case No.  19-cv-04902-LB<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Jacqueline Scott Corley for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Corley.

**IT IS SO ORDERED.**

Dated: January 24, 2020

_____

LAUREL BEELER
United States Magistrate Judge