1  Jon B. Fougner (State Bar No. 314097)
   jon@fougnerlaw.com
2  600 California Street, 11th Floor
   San Francisco, California 94108
3  Telephone: (415) 577-5829
   Facsimile: (206) 338-0783
4

5  Edward A. Broderick, *Pro Hac Vice*
   ted@broderick-law.com
6  BRODERICK LAW, P.C.
   99 High Street, Suite 304
7  Boston, Massachusetts 02110
   Telephone: (617) 738-7080
8  Facsimile: (617) 830-0327

9

10 [Additional counsel appear on signature page]

11 *Attorneys for Plaintiff Deborah Schick and the*
   *Proposed Class*

12

13             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
14               SAN FRANCISCO DIVISION

15 DEBORAH SCHICK, individually and on          Case No. 3:19-cv-04902-LB
   behalf of all others similarly situated,
16                                              **NOTICE OF SETTLEMENT**

17                                              Complaint Filed: August 15, 2019
                     Plaintiff,
18       v.

19

20 SELECTQUOTE INSURANCE
   SERVICES, YASHA MARKETING LLC,
21 and DATALOT, INC.,

22

                     Defendants.
23

24      All parties, through their undersigned counsel, respectfully submit this joint notice of

25 settlement.  This parties anticipate filing a joint stipulation of dismissal before the June 11, 2020,

26 case management conference and respectfully request to be relieved of the requirement to file a

27 supplemental joint case management statement.

28

                                      - 1 -
602096140.1

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from the other signatories.


RESPECTFULLY SUBMITTED AND DATED on June 4, 2020.

By: */s/ Jon B. Fougner*
Jon B. Fougner

Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

Matthew P. McCue, *Pro Hac Vice*
mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

Andrew W. Heidarpour, *Pro Hac Vice*
AHeidarpour@HLFirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727

*Attorneys for Plaintiff Deborah Schick and the Proposed Class*

*/s/ Daniel T. Rockey*

Daniel T. Rockey (SB 178604)
BRYAN CAVE LEIGHTON PAISNER, LLP
Three Embarcadero Ctr, 7th Fl.
San Francisco, Ca 94111
daniel.rockey@bclplaw.com

- 2 -

NOTICE OF SETTLEMENT
*Schick v. SelectQuote Ins. Svcs.*, Case No. 3:19-cv-04902-LB

602096140.1

*Attorneys for Defendant SelectQuote Insurance Services*

/s/ *Tahir L. Boykins*
Tahir L. Boykins (State Bar No. 323441)
KELLEY DRYE & WARREN LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:      (310) 712-6105
Facsimile:      (310) 712-6199
tboykins@kelleydrye.com

Lauri A. Mazzuchetti (*admitted pro hac vice*)
Paul A. Rosenthal (*admitted pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone:      (973) 503-5900
Facsimile:      (973) 503-5950
lmazzuchetti@kelleydrye.com
paulrosenthal@kelleydrye.com

*Attorneys for Defendant Datalot Inc.*

/s/ *Jaime Drozd Allen*
JAIME DROZD ALLEN (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:      (206)757-8039
Facsimile:      (206) 757-0729
Email: jaimeallen@dwt.com

KELLY M. GORTON (State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA  94111-6533
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email:   kellygorton@dwt.com

*Attorneys for Yasha Marketing, LLC*

- 3 -

NOTICE OF SETTLEMENT
*Schick v. SelectQuote Ins. Svcs.*, Case No. 3:19-cv-04902-LB

602096140.1