Paul A. Rosenthal (*pro hac vice*)
Lauri A. Mazzuchetti (*pro hac vice*)
Tahir Boykins (Bar No. 323441)
KELLEY DRYE & WARREN LLP
800 Century Park E STE 600,
Los Angeles, CA 90067
paulrosenthal@kelleydrye.com
lmazzuchetti@kelleydrye.com
tboykins@kelleydrye.com
*Attorneys for Defendant Datalot, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SELECTQUOTE INSURANCE SERVICES, YASHA MARKETING LLC, and DATALOT, INC.,<br><br>Defendants. | Case No. 3:19-cv-04902-LB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, on August 15, 2019, Plaintiff Sidney Naiman filed a class action complaint against Defendant SelectQuote, alleging violations of the Telephone Consumer Protection Act ("TCPA"), and seeking relief on behalf of himself and on behalf of those similarly situated. (Doc. No. 1.)

WHEREAS, on November 22, 2019, this Court approved Plaintiff Sidney Naiman and Defendant SelectQuote Insurance Services stipulation to amend the caption and substitute Deborah Schick ("Plaintiff") in place of Sidney Naiman as plaintiff. (Doc No. 28)

WHEREAS, on March 27, 2020, Plaintiff filed her First Amended Complaint naming as defendants SelectQuote Insurance Services, Yasha Marketing LLC, and Datalot Inc. ("Defendants" and collectively with Plaintiff, the "Parties").  (Doc. No. 52.)

WHEREAS, on June 03, 2020, the Parties filed a joint notice of settlement and informed the Court that the Parties will file a stipulation of dismissal on or before June 11, 2020.  (Doc. No. 76.)

WHEREAS, on June 04, 2020, this Court approved of the Parties' joint notice of settlement.  (Doc. No. 77.)

IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:
1. Plaintiff's claims against Defendants are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);
2. Each party is to bear its' own costs and attorneys' fees.

### SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from the other signatories.

RESPECTFULLY SUBMITTED AND DATED on June 11, 2020.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, (*pro hac vice*)
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400 Hingham, Massachusetts 02043
Telephone: (617) 485-0018 Facsimile: (508) 318-8100

Jon B. Fougner
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829 Facsimile: (206) 338-0783

| | |
|---|---|
| 1 | |
| 2 | Matthew P. McCue (*pro hac vice*) |
| | mmccue@massattorneys.net |
| 3 | THE LAW OFFICE OF MATTHEW P. McCUE |
| 4 | 1 South Avenue, Suite 3 Natick, Massachusetts 01760 |
| 5 | Telephone: (508) 655-1415 Facsimile: (508) 319-3077 |

Matthew P. McCue (*pro hac vice*)
mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3 Natick, Massachusetts 01760
Telephone: (508) 655-1415 Facsimile: (508) 319-3077

Andrew W. Heidarpour (*pro hac vice*)
AHeidarpour@HLFirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727

*Attorneys for Plaintiff Deborah Schick and the Proposed Class*

By: */s/ Jamie Drozd Allen*
JAIME DROZD ALLEN (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206)757-8039
Facsimile: (206) 757-0729
jaimeallen@dwt.com

KELLY M. GORTON (State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500 Facsimile: (415) 276-6599
kellygorton@dwt.com

*Attorneys for Yasha Marketing, LLC*

By: */s/Daniel T. Rockey*
Daniel T. Rockey (State Bar No. 178604)
BRYAN CAVE LEIGHTON PAISNER, LLP
Three Embarcadero Ctr, 7th Fl.

- 3 -
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
*Schick v. SelectQuote Ins. Svcs.*, Case No. 3:19-cv-04902-LB

San Francisco, Ca 94111
daniel.rockey@bclplaw.com

*Attorneys for Defendant SelectQuote Insurance Services*

By: */s/ Paul A. Rosenthal*
Tahir L. Boykins (State Bar No. 323441)
KELLEY DRYE & WARREN LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6105
Facsimile: (310) 712-6199
tboykins@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
Paul A. Rosenthal (*pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
paulrosenthal@kelleydrye.com

*Attorneys for Defendant Datalot Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: June 10, 2020

_____
United States Magistrate Judge

- 4 -
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
*Schick v. SelectQuote Ins. Svcs.*, Case No. 3:19-cv-04902-LB